**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00349-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SANDRO LEONEL ROSALES-ANARIVA,
    a/k/a Leonel Rosales,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court *sua sponte*. After consulting with counsel, and with their consent, the change of plea set for Friday, October 23, 2009, at 3:30 p.m., is **RESET** to **1:30 p.m.** on this day. The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated:  October 21, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.