**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00349-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SANDRO LEONEL ROSALES-ANARIVA,
      a/k/a Leonel Rosales,

      Defendant.

### MINUTE ORDER[1]

The matter is before the court *sua sponte*.  After consulting with counsel, and with their consent, the change of plea hearing set for Friday, October 23, 2009, at 1:30 p.m., is **CONTINUED** to **November 12, 2009, at 2:30 p.m.** The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

      Dated:  October 23, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.